**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS COOPER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFF MACOMBER, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-3260-MWF (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 9, 2017　　　　　/s/ Jean Rosenbluth
　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE